# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Timothy Jerome Nixon,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:12cv736 & 3:00cr222

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2012 Order.

Signed: November 15, 2012

Frank G. Johns, Clerk
United States District Court